AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Grayson Sherrill

)
) Case: 1:21-mj-00255
) Assigned to: Judge Faruqui, Zia M
) Assign Date: 2/23/2021
) Description: COMPLAINT W/ARREST WARRANT
)

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Grayson Sherrill,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Knowingly Engaging in Disorderly or Disruptive Conduct in any Restricted Buildings or Grounds;
40 U.S.C. § 5104(e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date: 02/23/2021

2021.02.23
12:34:26
-05'00'

*Issuing officer's signature*

City and state:   Washington, D.C.      Zia M. Faruqui, U.S. Magistrate Judge

*Printed name and title*

### Return

This warrant was received on *(date)* 2-23-21, and the person was arrested on *(date)* 3-1-21
at *(city and state)* Cherryville, NC.

Date: 3-1-21

*Arresting officer's signature*

Catherine Bowles
*Printed name and title*