UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No.: 21-CR-00282 (TSC) |
| | : | |
| GRAYSON SHERRILL, | : | |
| ELIAS IRIZARRY, | : | |
| ELLIOT BISHAI, | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF SUBSTITUTION

The undersigned, on behalf of the United States of America, hereby provides notice of substitution of counsel: Trial Attorney Ashley Akers should replace Trial Attorney Grace Albinson as lead counsel on the case, and Trial Attorney Albinson should be removed from the case.

Respectfully submitted,

DATED: September 24, 2022

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: /s/ Ashley Akers
ASHLEY AKERS
MO Bar No. 69609
Trial Attorney, Detailee
601 D Street NW
Washington, DC 20001
(202) 353-0521
Ashley.Akers@usdoj.gov

GRACE ALBINSON
NY Bar No. 4952697
Trial Attorney, Detailee
150 M Street, N.E.
Washington, DC 20002
(202) 598-3276
GAlbinson@usa.doj.gov