UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ] | |
| | ] | |
| v. | ] | Case No. 21-cr-282(01)  (TSC) |
| | ] | |
| GRAYSON SHERRILL,   Defendant | ] | |
| | ] | |

**JOINT MOTION TO VACATE THE TRIAL AND MOTIONS DATES**

Defendant Sherrill Grayson, and the government, through undersigned counsel, respectfully move this Court to vacate the trial and motions dates, and to set a status hearing date for the week of January 3 or January 10, 2023.

In support of this motion the parties state the following:

1.      On June 3, 2023, the Court scheduled a jury trial for this case for January 3, 2023, with pleadings dates also scheduled.  On November 7, 2022, the Court extended the pleadings deadlines to November 30, 2022.

2.      The parties are productively working to resolve this case without jury trial.  The granting of this motion will avoid unnecessary time and expense for the Court and parties of filing and litigating unnecessary pleadings and trial preparation.  The parties expect to have a resolution determined by the proposed status hearing date.

For the reason stated above, the defendant and government jointly request that the

trial date be vacated, and that a status date be set for the week of January 3 or January 10

2023.

Respectfully submitted,


_____/s/_____

Joanne D. Slaight, #332866
400  7th St, N.W., Suite 206
Washington, DC   20004
Phone (202) 256-8969
Email:   jslaight@att.net


By:      s/ Ashley Akers
Trial Attorney
MO Bar No. 69601
Detailed to the U.S. Attorney's Office
601 D Street NW
Washington, DC 20001
(202) 353-0521
Ashley.Akers@usdoj.gov