UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ] ] ] | |
| v. | ] ] | Case No. 21-cr-282(01)  (TSC) |
| GRAYSON SHERRILL,   Defendant | ] ] | |

**JOINT MOTION TO CONTINUE STATUS HEARING DATE**

Defendant Sherrill Grayson, and the government, through undersigned counsel, respectfully move this Court to continue the status hearing date, presently scheduled for January 10, 2022, to the week of January 30, 2023.

In support of this motion the parties state the following:

1. On November 29, 2022, the Court vacated the jury trial set for this case for January 3, 2023, and set a status hearing date for January 10, 2023.

2. On the week of January 3, 2023, the government provided a plea offer to Mr. Sherrill.  Mr. Sherrill, who lives in North Carolina, needs to review the plea offer and documents with counsel to make a decision and/or proposed revisions.  The present status hearing date does not allow for Mr. Sherrill determine whether to go to trial or accept the plea offer, including any proposed revisions, and provide any necessary paperwork to the Court a week before the January 10 status hearing date.  A continued status hearing date will allow time for

the parties to provide plea documents to the Court, if the plea is accepted, a week prior to the hearing date.

As Mr. Sherrill lives in North Carolina, a continued hearing date would allow him to be in person, in Court, for one hearing, rather than for two hearing dates.

For the reason stated above, the defendant and government jointly request that the status hearing date be continued to the week of January 30, 2023.

Respectfully submitted,

_____/s/_____
Joanne D. Slaight, #332866
400  7th St, N.W., Suite 206
Washington, DC   20004
Phone (202) 256-8969
Email:  jslaight@att.net

By:     s/ Ashley Akers
Trial Attorney
MO Bar No. 69601
Detailed to the U.S. Attorney's Office
601 D Street NW
Washington, DC 20001
(202) 353-0521
Ashley.Akers@usdoj.gov