Exhibit H-1

Mitchell & Stephanie Gray



February 13, 2023

Re: Grayson Sherrill

To: The Honorable Judge Tanya Chutkan,

We are very pleased to write a character reference letter For Grayson Sherrill. We have had the pleasure of knowing him for twenty-two years. We socialized as neighbors, and Grayson graduated from Cherryville High school, where Mrs. Gray taught until relocating from the area in May 2022. He is a pleasant young man with a creative mind. He enjoyed art classes, art club and music.

We find Grayson to be a dependable, hard-working individual who obtained full-time employment following high school graduation. After several months of working, he purchased his own vehicle arranging monthly payments he could afford.

He has dog sat our family pet during many family vacations. He always displayed a polite, courteous, and respectful demeanor.

We have witnessed him grow into a smart, talented and responsible person. It is our sincere hope that the court takes this letter into consideration upon making any decisions pertaining to the case.

Sincerely,

Mitchell & Stephanie Gray

Jeff Hayes                          Exhibit H-2



February 16, 2023

The Honorable Judge Tanya Chutkan
The U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001.

Honorable Judge Tanya Chutkan,

Your Honor my name is Jeff Hayes. I have been requested to tell about the young man Grayson
Sherrill. I first met Grayson when he was in the first grade and he joined the Cub Scout pack
that I was Cubmaster over for more than 10 years. He was a quiet 6-year-old that took a while
for him to loosen up, but he eventually fit right in with the rest of the pack. He was always
accompanied by a parent and his father eventually became a leader as well. I considered him
to be a good scout and as well behaved as any other elementary aged boy could be. I have had
boys that weren't that way, but Grayson was never a problem for me at all. He finished Cub
Scouts achieving his Arrow of Light rank in the desired time and was basically in the pack for 6
years. I get to see a lot of changes in those boys in that length of time, and Grayson was no
exception, he stayed quiet, but he was always curious and intelligent.

Grayson followed up Cub Scouts by joining Boy Scouts, and I was also one of his leaders at the
Troop as well. He was a very attentive and diligent during his time at the Troop. The
atmosphere at that level was more geared toward leadership and responsibility. He did not
shirk those two duties and he really showed a great deal of growth of character during his time
there and participated willingly in merit badges classes and participated in community service
project such as Scouting for Food, road side clean ups and many other projects that we take on
as a troop. He was well like among his peers and the leadership.

I am very often asked to write letters of reference for my current and former scouts and I take a
great deal of pleasure in doing so. I do wish the circumstances were different for this letter. It
would not have changed what I have told you, because all of those things are very true. I know
the Grayson from scouts learned to respect his country and I feel most certain that he deeply
regrets his actions during January 6th. I have no right to ask, but I do ask that you consider his
age and how quickly young people can be swept up in a moment only to regret their actions
later. Please you Honor be as lenient as you can to give this young man a second chance.

Sincerely

Jeff Hayes

Exhibit H-3

To Whom It May Concern

My name is Carolyn Verley. I'm retired and previously worked as a law enforcement officer. I'm writing this letter on behalf of Grayson Sherrill and acknowledge the charges against him.

I have known Grayson all his life. Grayson has spent time at my house visiting with my daughter and other friends. I have also spent time at his mom's house and observed his behavior. Grayson has always been a quiet, shy and polite young man. He has never been disrespectful and never been one who has wanted to be center of attention. Grayson has never displayed a violet or destructive personality.

After graduation from high school Grayson went to work and currently has the same job. Grayson has shown great responsibility and accountability by completing high school and working at the same place now. I'm asking that the Court will show mercy on him and take into consideration his prior history of not being in trouble with the law.

Sincerely,
Carolyn Verley

Honorable Judge Tanya Chutkan,

Exhibit H-4

I just wanted to speak to you about Grayson Sherrill. I have known him all of his life. He has always been a sweet, quiet, kind young man. He's always been very respectful and never was in any sort of trouble in school as a young child.

Grayson always displayed a love of art, in which he did win some art awards. He is an avid reader! Reading is a passion, which few posess, and he is further advanced in his choices than most!

Grayson also is talented in other ways and is constantly looking for ways to improve himself. He has recently worked at remodeling his garage to open a 3D printers shop! Awesome!

Grayson has always been a friendly kind of guy, keeps mostly to himself, loves his select group of friends and he loves his family! He is a hard worker and takes pride in all he does.

Thank you for your time.

Rita S. Wall

Sue Wedford

Exhibit H-5

To: Honorable Judge Tanya Chutkan

I am a first cousin to Grayson Sherrill's mother. Grayson is an only child. He was raised with good morals and has always been a very devoted son who has always shown utmost respect to his parents and to everyone else.

Grayson's behavior on January 6, 2021 was totally out of character. He has never exhibited any violence toward anyone. Throughout his life he has never been in any trouble for bad behavior.

Grayson is a very hard worker and has been commended by his superiors for his job performance. He is very responsible in his work ethic and finances.

He understands that his unfortunate lapse in judgment on January 6, 2021 comes with consequences. He is very remorseful and has learned a hard lesson.

I pray that the court will be lenient in his punishment. Please show mercy to this fine young man who is a first time (and last time) offender of the law.

Respectfully,
Sue Wedford

Exhibit H-6

To: The Honorable Judge Tanya Chutkan

I have Known Grayson Sherrill since
he was in grade school. Grayson and
my grandson Owen Kaylor were friends
and they hung out alot. I Know Grayson
was quiet and calm like my Owen so they
played video games and did Scouts together.
Grayson is a very smart guy. He has
had a good work ethic as he has grow
in years. I've Known his Mom for quiet
a while we attend church together. Grayson
is a very responsible young man and to tell
the truth I was shocked when I heard he'd
been arrested but in my heart of hearts
I don't think that Grayson meant to
harm anyone at the Capital on Jan. 6.
From the things I remember from the
media footage, I don't remember seeing
Grayson attacking anyone. We have all
been in the wrong place at the wrong
time. I can imagine that the crowd
of people around Grayson and all around
the Capital was there for a protest peacefully
but things got out of hands I plead from
a mom, a great grandmother and a great grand
mother don't ruin this precious childs life over
one bad decision. We all make mistakes
and I truly believe Grayson has learned
a lesson in all of this. Thank you

Lynn Jones



Exhibit H-7

# *Cherryville*

# Missionary Methodist Church

*The Church Where Jesus Is Lord*
*And Everyone Is Welcome !*

2/22/2023

To The Honorable Judge Tanya Chutkan

My name is Pastor Robert Holtsclaw (Bob) I am the pastor of the Cherryville Missionary Methodist Church in Cherryville N.C. I have been the pastor at the church since November of 1999.

I am writing concerning Grayson Sherrill. I have known Grayson and his Family for approximately 15 years. Grayson has always been very respectful and polite young man in all the years I have known him. He lives at home with His Mother has always worked and provided for himself. He also shares in the living expenses of the home. From all my dealings with Grayson he has always been what I would consider a fine young man. His actions on January 6th, 2020, are not in line with the character and nature of the young man I have known. In My opinion he was just in the wrong place at the wrong time and got caught up in the moment.

I understand that he is facing some serious charges. I would ask Your Honor that you have mercy when you take into consideration his punishment. I know he has learned a lesson from this and I appreciated his honesty.

Sincerely

Pastor Robert Holtsclaw

Exhibit H-8

February 15, 2023

The Honorable Judge Tanya Chutkan,

   I am sending you this letter on behalf of Grayson Sherrill.  My name is Kim Holtsclaw and I have been a friend of the family for about 15 years.  In my years of being part of the family I have never known Grayson to be in any kind of trouble at all.  Grayson has always stayed at home and has always been the quiet type.  Grayson has always loved drawing or painting and is very good at it.  Grayson is very artistic and smart.  When my daughter was in school she was struggling in Math and Grayson volunteered to help her.  He really had patience and was a big help to her.  Grayson is friendly, smart, hard worker, and just a great young man.  Grayson is well liked by the people he meets.

   I am really shocked that Grayson could be a part of anything that would send him to jail or prison.  He has always been a History buff and loved to read anything about History.  I could see him going to Washington for the history part of it, but definitely not to harm or hurt anyone or cause any kind of trouble.  When it comes time to sentence Grayson I hope and pray that you would take all this in consideration because this is definitely not Grayson's nature.  Thank you for taking time to read this letter.

Sincerely,

Kim Holtsclaw

Exhibit H-9

Ie would like to write a few words on behalf of Grayson Sheril. We've known this bright, smart, respectful young man for many years. We've had the priviledge of doing his hair since he was a little kid. Through the years he talked about his cat, bikes, and coding. He was always so well behaved and well mannered. We knew that he would grow up and do great things in life. We've never known Grayson to be any trouble or get into any trouble. When we heard of this situation, we knew this was completely out of his character, there was no way! Grayson has grew up to be so dedicated and hard working. He's held a job down since high school. We've always known that with his talents, and drive to work, he would accomplish great things in his life. This young man has so much to offer and so many talents. I sincerely hope you allow Grayson to continue to work hard and reach his goals. This is a awsome kid!

Sincerely,

Cynthia Willis

Linda Wright

Exhibit H-10



February 21ˢᵗ 2023

To Judge Tanya Chutkin

 I am writing to you on behalf of Grayson Sherrill. I have known Grayson for
several years. Grayson and his Mom, Sherri are members of my church.

 Grayson and his Mom host a Christmas dinner every year for some members of
our church. Before covid, a group of us would meet at a local restaurant to eat on
Tuesdays. Grayson came when he was not working.

I know that Grayson has pled guilty to his actions on January 6ᵗʰ. I just wanted
you to know that he is a quiet, hardworking young man. He helps his Mom. He
and his Mom have even gone on day trips to the mountains. He is not your typical
young person who thinks that everything is all about them.

 Thank you for your time Judge Chutkin. If you have any questions, please feel
free to contact me.

Sincerely,

Linda Wright

To THE HONORABLE JUDGE TANYA CHUTKAN

Exhibit H-11

Your Honor, my name is Michael Fox, and I'm writing to you on behalf of Grayson Sherrill whose legal matters you are presiding over.

I'd first like to give my perspective of Grayson in the time that I've known him. Grayson has always been respectful towards me on every occasion, polite and well-mannered, behaving himself in such a way that you would expect from someone that you would hope to continue a healthy relationship with. Grayson doesn't demonstrate an easily aggressive behavior but rather one that's gentle, mild and inquisitive. He also works a full time job and manages his own finances successfully. All things considered I was very surprised to learn of his current situation. I am a minister in the same church that Grayson's mother, Ms Sherri Sherrill attends, which is how I met Grayson and know of his character.

Exhibit H-12

PLEASE, YOUR HONOR, I PLEAD
WITH YOU ON GRAYSON'S BEHALF TO USE
WHATEVER MANNER OF CORRECTION THAT
YOU CHOOSE WITHOUT SENTENCING HIM
TO AN ACTIVE PRISON TERM.

2 of 2 pages

WITH THE GREATEST RESPECT,

REV. MICHAEL RAY FOX

Exhibit H-13

Honorable Judge Tanya Chutkan

Grayson's mother and I have been lifelong friends so I have known him since he was born. He had a very good upbringing and childhood. Grayson was always shy as a child and even in his adult years has remained somewhat shy.

Grayson discovered at a young age the love for art. He has won several awards for his work. I have seen several of his art pieces and he does a great job. He is very talented in not only drawing, but 3D models and has even talked about starting his own business in Diaramas.

Knowing Grayson through out his whole life, he has never been in any type of trouble of any kind. He is a hard worker and always willing to help others.

Sincerely,

LuAnne Glenn

February 6, 22023

Exhibit H-14

The Honorable Judge Tanya Chutkan,

I'm a very close friend to Mr. Stephen Sherrill who is Grayson Sherrill's Dad.  I'm writing to you today to give you my personal experience with this family and Grayson Sherrill.

I met Grayson Sherrill 3 years ago.  His Dad and Grayson invited me to eat dinner with them at a local restaurant in Cherryville, NC.  From the moment I met Grayson I was deeply impressed with his mannerisms and charm.  He was very polite and his manners were superb.  I've had a lot of experience with teens and men and women who are close to Grayson's age and a lot of them in this age group are very disrespectful and rude and just don't care.  They have a bad outlook on life and are always waiting and expecting a hand out.  This is definitely not the case with Grayson.  He's the type of individual who helps others out when they need anything.  He puts everyone else first.

Grayson is so polite and respectful and I was impressed with his wisdom.  Some of his interests include, art, history, psychology, cooking, and astronomy, and is always reading books and broadening his knowledge in so many ways.  He doesn't go out and party.  On the contrary, he stays close to home and helps his Mother with whatever she needs done.

I also want to mention Grayson's artistic talent.  He is an amazing artist and one day his paintings and art work will be very valuable.  I pray that he continues with his artwork.  It would be a shame for him to stop painting because the world needs to see this talented man's artwork because he is so very talented.

Grayson's Mom and Dad are no longer married.  When I first met Grayson he could have easily disrespected me because of my relationship with his father but he didn't.  He welcomed me with open arms.  To this day he still does.

I can't say enough positive things about this man.  He is so very young and has so much to offer. I know what he did was wrong and so does he.  He has honestly owned up to what he did and will never do anything like this again.

I pray the courts will take into account this man's character and find it in their hearts to adjust his sentencing accordingly.  He is an outstanding citizen and I'm grateful to have met him.


Sincerely,

*M Decker*

Marian Decker

February 25, 2023

Exhibit H-15

The Honorable Judge Chutkan

RE: Grayson Sherrill

I have known Grayson Sherrill all his life. He is the son of my dear friends Stephen and Sherry Sherrill who have always been loving and caring parents. They raised Grayson and modeled for him, high values, strong life and  solid work ethics as well as respect for others.

I have always known Grayson to be respectful and complaint, never causing problems as child or even as a young man. He was a boy scout patterning, following and ascribing to the honorable tenants of scouting. He has always been a good student, well mannered and thoughtful.

As the Director of Human Resources for the City of Kings Mountain, I was made aware that he was looking for ways to do some charity work and community service, so Grayson volunteered to pick up trash and help cleanup the grounds at the water reservoir lake and campground owned by the city which he did for several weekends.

I trust you will find value in my comments attesting to the character of Grayson Sherrill whom I consider to be a fine young man.

Sincerely,

Randy C. Patterson

Stephen Sherrill

Exhibit H-16

February 23, 2023

Your Honorable Judge Tanya Chutkan:

My name is Stephen Sherrill. I'm the Environmental, Safety and Health Manager for ████████ ████████ Company in Charlotte, NC. I'm writing on behalf of my son, Grayson Sherrill. It is said that a father's love is never ending. In this case, this statement is true not just because Grayson is my son, but because he is a good and caring person who is on a path to becoming an honorable man.

With that said, Grayson has always demonstrated respect for others. Many of my friends have commented on how polite and respectful he is. Grayson never had disciplinary issues at school or work, and I've never known of him using profanity. I've had opportunities to watch Grayson demonstrate his character as he participated in group activities, such as baseball and cub scouts, and in the working environment.

I was a cub scout leader while Grayson was in cub scouts. He always got along well with the other cub scouts and participated enthusiastically in pack activities. For example, during Thanksgiving food drives, he would stay most of the day in front of the grocery store collecting food and then help move the food to the food shelter. Cub scouts were asked to stay for one to two hours. However, it was in the working environment that I saw what kind of person he was turning out to be.

While I was the Safety and Health Director for ████████ I witnessed Grayson's performance when he was hired by ████████ as a yarn inspector. Foremost, he takes pride in his job. I've seen so many young people enter the workforce and noticed the shock they seem to have at having to work. In my opinion some seem to feel that they should receive pay, but not actually work for it. I've noticed others who only performed just enough to get by. Grayson is not that way. In fact, he took pride in having the highest pounds packed and took greater pride in discovering quality issues. Additionally, while at ████████ he joined the first shift safety innovation team and even led it for a short period. With that taste of leadership, he started a second shift safety innovation team and lead it until he left ████████. Currently, he is working at ████████████ Company, and I see that same pride. I also see his interest in safety and has started attended some safety team meetings. I know his managers at ████████████ would agree that he is a productive and valued member of company.

On a more personal note, Grayson never was one to go out partying. Instead, he is a voracious reader of many subjects, including astronomy, colonial cooking, history, and origins of words/ development of languages, to name a few. He is also an artist and I know he aspires to turn his art into a career.

Exhibit H-17

It is unfortunate that Grayson is in this situation because that is not reflective of his character. However, I know he is regretful, and he understands what he did was wrong. I know he has learned his lesson from this mistake and going forward I known he will continue to be a productive and caring member of society. I ask that you consider this as you make your decision and give him a chance to prove that he is that person that I described. Thank you for your consideration. I place my trust in your experience and wisdom to come to a just decision.

Sincerely,

Stephen Sherrill

Exhibit H-18

Your Honorable Judge Tanya Chulkan,

I'm Sherre Sherrell and I'm writing this letter on behalf of my only child, Grayson Sherrell. I would like for you to know the young man I know.

Grayson and I have always been very close, so his actions on 1-6 was so uncharacteristic of him, and hard for me to understand. As a young man, Grayson wanted to join the military, but with him being my only child, I had an influence over him deciding not to join. I couldn't

Exhibit H-19

think of possibly losing my child. Grayson loves is country, he's an avid reader of history, cooking, arts and many other subjects. He's very creative and artistic he loves working with his hands. He took art in school and college, won several award(s). Grayson is in the process of remodeling our garage building to open up a 3-D printing company, and has purchased his own 3-D printer. He wants to make history dioramas among other things, he has so many ideas. Grayson has always been a homebody, he has a close knit of a few friends that

Exhibit H-20

he visits their homes and they visit ours. He has had a full time job since school, purchase and pays for his own car, insurance, his credit card, and helps with my finances. He works, and comes home. Grayson is a very sensitive and caring young man. I know and been told that he regrets his actions, he just got caught up in the moment. He had no intent of causing harm, the police officers when he took the trip to hear President Trump's speech. After his arrest, the news reporters were at our house for 3 days.

Exhibit H-21

He literally laid in my arms on our couch, scared and remorseful young man. Grayson has never been in any kind of trouble before and your Honor, I hope you please take in consideration that this was a one and only awful event. I pray for leniency and mercy when considering your sentencing. Thank you for the opportunity to share with you my son's story.

Sherri Sherrill

4 of 4 pages